# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Victor Vazquez Avilez, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 25-cv-04480-JMB-ECW |
| Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Custom Enforcement, David Easterwood, Ryan Shea, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents must immediately provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), and in any event, on or before December 12, 2025.

2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention.

3. Within seven days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

Date: 12/10/2025                                          KATE M. FOGARTY, CLERK